UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONNIE K. HONGO (#98420)

VERSUS

LT. ADAMS, ET AL.

CIVIL ACTION

NO. 09-122-JJB-SCR

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated December 14, 2009 (doc. no. 14) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's claims against defendants Capt. Smith, Capt. Williams and Dr. Ladd are DISMISSED for failure to serve the defendants pursuant to Rule 4(m), Fed.R.Civ.P.

Baton Rouge, Louisiana, this ____ day of January, 2010.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA