UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONNIE K. HONGO (#98420)

VERSUS

LT. ADAMS, ET AL.

CIVIL ACTION

NO. 09-122-JJB-SCR

RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 10, 2012 (doc. no. 25) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the defendants' Motion for Summary Judgment is GRANTED and this case is DISMISSED.

Baton Rouge, Louisiana, this ⁨8th⁩ day of March, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA